IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD SCARANTINO, | § | |
| | § | No. 1, 2026 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2025-0442 |
| THE TRADE DESK, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 17, 2026
Decided: June 26, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## **ORDER**

This 26th day of June 2026, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its December 5, 2025 letter opinion resolving exceptions to the Magistrate's July 31, 2025 final report.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice